CM/ECF volpmd
(Rev. 01/28/10)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re:  John D. Wheeler
     Debtor(s)

Case No.: 11−14861−DWH
Chapter: 7
Judge: David W. Houston III

---

**ORDER AND NOTICE AS TO DEFICIENCY(IES) AND**
**PROPOSED DISMISSAL OF CASE**

    Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) has 14 days from the date of filing the above−captioned case to file the required paperwork and pay fees as applicable. The Court will not routinely grant extensions of time to file such paperwork. A motion for extension must be supported by a factual sworn affidavit showing good cause.

    In order for this case to be administered, it is necessary that the documents described below be filed within 14 days:

Schedule J due 11/07/2011
Schedule I due 11/07/2011

    To permit time for this noticing, if the required paperwork and/or fees are not timely filed and/or paid by 11/7/11 the Court will enter an ex parte order dismissing the case without further hearing.

Dated and Entered: 10/24/11

David W. Houston III
Judge, U.S. Bankruptcy Court